In the Matter of SAMUEL PORZUNGOLO et al., Doing Business as LA CROCE VIA, Appellants, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Christ, P. J., Rabin, Munder, Latham and Kleinfeld, JJ., concur.